UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOHN WILDER,

    Plaintiff,

v.                                                              Case No. 3:23-cv-490-TJC-LLL

TIM ROGERS, MIA CLARK,
CAVULO, and SPIRITUS,

    Defendants.

_____

**O R D E R**

    This case is before the Court on the Motion to Proceed In Forma Pauperis. Doc. 2. On December 7, 2023, the assigned United States Magistrate Judge issued a Report and Recommendation recommending denying the motion and directing Plaintiff John Wilder to pay the filing fee. Doc. 3. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Upon de novo review of the file and for the reasons stated in the Report and Recommendation, Doc. 3, it is hereby

    **ORDERED:**

    1.    The Report and Recommendation of the Magistrate Judge, Doc. 3, is **ADOPTED** as the opinion of the Court.

2. The Motion to Proceed In Forma Pauperis, Doc. 2, is **DENIED**.

3. By **February 16, 2024,** Wilder must pay the $402 filing fee. **If he fails to timely pay the fee or request an extension, the Court will dismiss the case without prejudice.**

**DONE AND ORDERED** in Jacksonville, Florida, the 18th day of January, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

vng

Copies to:

The Honorable Laura Lothman Lambert
United States Magistrate Judge

John Wilder
613 W. Ashley St.
Jacksonville, FL 32202