## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

JOHN WILDER,

    Plaintiff,

v.

                                         Case No. 3:23-cv-490-TJC-LLL

TIM ROGERS, MIA CLARK,
CAVULO, and SPIRITUS,

    Defendants.

## O R D E R

    Plaintiff John Wilder has filed nothing in this case for over a year. After he filed the Complaint and a Motion to Proceed In Forma Pauperis, the assigned United States Magistrate Judge entered a Report and Recommendation recommending denying the motion. Docs. 1–3. Wilder did not object, and the Court adopted the Report and Recommendation and directed him to pay the filing fee. Doc. 4. The deadline passed nearly three months ago, and he has neither paid the fee nor otherwise proceeded with the case. The case is **DISMISSED without prejudice** for failure to prosecute.

    **DONE AND ORDERED** in Jacksonville, Florida, the 6th day of May, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

vng

Copies:

John Wilder
613 W. Ashley St.
Jacksonville, FL 32202